UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



UNITED STATES OF AMERICA

v.   2:07CR108

JEFFREY JOSEPH RYDER, JR.

      Defendant.

## REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to a one-count criminal information charging defendant with conspiracy to possess and distribute more than 100 kilograms of marijuana and more than 500 grams of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b); 846. On June 4, 2007, defendant appeared before the Court for the purpose of entering his guilty plea. Defendant was represented by retained counsel, Brett D. Lucas, Esquire. In the course of the proceeding, defendant acknowledged his understanding of his right to be indicted by a grand jury and expressly consented to proceed on the information of the United States Attorney.

Defendant was appropriate in appearance, responsive, and competently prepared for the hearing. He answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the proceeding, defendant was permitted to remain on bond, subject to the terms

and conditions existing prior to the hearing, pending completion of a presentence report.

Defendant is twenty-nine years of age, graduated from high school and attended two years of college, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

/s/
James E. Bradberry
United States Magistrate Judge

Norfolk, Virginia
June 5th, 2007

2